ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

04-0107C

| | |
|---|---|
| **GENERAL ELECTRIC COMPANY** Plaintiff, v. **UNITED STATES OF AMERICA,** Defendant. | Case No. ________ Judge: ________ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Plaintiff, General Electric Company, through undersigned counsel, respectfully submits this corporate disclosure statement. There is no parent corporation or publicly held corporation that owns 10% or more of the stock of General Electric Company.

January 29, 2004

Respectfully submitted,

Brad Fagg (Counsel of Record)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile

Of Counsel:
Paul M. Bessette
MORGAN, LEWIS & BOCKIUS LLP

Attorneys for Plaintiff,
General Electric Company