IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0107C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Todd J. Cochran as attorney of record for the United States. Service of all papers by opposing counsel should be addressed as follows:

TODD J. COCHRAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: 8th Floor
Classification Unit
Washington, D.C. 20530

s/ Todd J. Cochran
Todd J. Cochran
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: 8th Floor
Classification Unit
Washington, D.C. 20530
Tele: (202) 616-0170
Fax: (202) 307-2503

Dated: June 3, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2004, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Todd J. Cochran