# In the United States Court of Federal Claims

No. 04-107C
(Filed July 21, 2004)

* * * * * * * * * * * * * * * * * * * * * * *

**GENERAL ELECTRIC CO.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the motions for a stay of proceedings filed by each party. As the parties are in agreement that a stay may be efficient and economical, the Court finds good cause for a stay of limited duration, as proposed by plaintiff. Accordingly, the Court hereby **GRANTS** plaintiff's motion, and **GRANTS-IN-PART** defendant's motion. All proceedings in this matter will be stayed through November 1, 2004. The parties shall file a joint status report on or by October 22, 2004, informing the Court whether they believe the stay should be extended.

**IT IS SO ORDERED.**

/S/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge