# In the United States Court of Federal Claims

No. 04-107C
(Filed December 17, 2007)

* * * * * * * * * * * * * * * * * * * * * *
*
**GENERAL ELECTRIC CO.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint status report and joint motion for extending the current stay of this case. The Court **GRANTS** the motion. All proceedings, including discovery, are **STAYED** until June 30, 2008, on or by which date the parties shall file a joint status report.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge