# In the United States Court of Federal Claims

No. 04-107 C
(Filed: August 22, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**GENERAL ELECTRIC COMPANY**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant**

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims this case is hereby reassigned to Chief Judge Edward J. Damich.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge