**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GENERAL ELECTRIC COMPANY,** | ) | |
| Plaintiff, | ) | Case No. 04-107C |
| v. | ) | |
| | ) | Judge George Miller |
| **UNITED STATES OF AMERICA,** | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Rules of the United States Court of Federal Claims, plaintiff hereby dismisses this action, without prejudice.

s/ Brad Fagg

BRAD FAGG
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5191
Facsimile: (202) 739-3001

Attorneys for Plaintiff

September 2, 2008

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of September 2008, a copy of the foregoing "NOTICE OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Brad Fagg